UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC., *doing business as* US Bancorp Manifest Funding Services,<br><br>    Plaintiff,<br><br>  v.<br><br>RJAEI, INC., *doing business as* Dominos, ROBERT STEPHENSON, and JOYCE STEPHENSON,<br><br>    Defendants. | Case No. 09-cv-441-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Stipulation of Dismissal without prejudice (Doc. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before an opposing party serves either an answer or motion for summary judgment. Neither an answer nor a motion for summary judgment has been filed or served in the instant action. Accordingly, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: September 14, 2009**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**