UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC., *doing business as* US Bancorp Manifest Funding Services,<br><br>Plaintiff,<br><br>v.<br><br>RJAEI, INC., *doing business as* Dominos, ROBERT STEPHENSON, and JOYCE STEPHENSON,<br><br>Defendants. | Case No. 09-cv-441-JPG |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                              **JUSTINE FLANAGAN, Acting Clerk**

                                              **By:s/Deborah Agans, Deputy Clerk**

**DATED: September 14, 2009**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**