UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

LYON FINANCIAL SERVICES, INC.,
*doing business as* US Bancorp Manifest
Funding Services,

    Plaintiff,

  v.

RJAEI, INC., *doing business as* Dominos,
ROBERT STEPHENSON, and JOYCE
STEPHENSON,

    Defendants.

Case No. 09-cv-441-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Lyon Financial Services, Inc.'s ("Lyon") Motion for Entry of Judgment (Doc. 14). Specifically, upon Defendants' recently purported breach of the parties' settlement agreement, Lyon seeks judgment against Defendants for damages, interest, and attorneys' fees and costs for a total of $91,435.42.

In its Memorandum and Order (Doc. 16) of January 4, 2011, the Court vacated the original Judgment (Doc. 13) in this case and reinstated this matter. The Court also ordered Defendants to enter their appearance and respond to the instant motion by February 18. That date has since passed, and Defendants have yet to enter their appearance, let alone respond to Lyon's motion.

The Court has thoroughly reviewed the contents of Lyon's motion and the attachments thereto. By failing to pay the requisite $1,500.00 installment for August 2010, Defendants breached the parties' settlement agreement on August 25, 2010, and, pursuant to the settlement agreement, such breach warrants damages, interest, and attorneys' fees and

costs in Lyon's favor. More precisely, Defendants are liable for principal in the amount of $83,526.41, interest in the amount of $3,583.53, and $4,325.48 in attorneys' fees and costs.[1]

Accordingly, the Court **GRANTS** the instant motion (Doc. 14), and **DIRECTS** the Clerk of Court to enter judgment in Lyon's favor and against Defendants in the amount of $91,435.42.

**IT IS SO ORDERED.**
**DATED: February 23, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**

---

[1] The Court finds that Lyon's attorneys have billed their client for a reasonable number of hours at a reasonable rate pursuant to lodestar analysis.