UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC., *doing business as* US Bancorp Manifest Funding Services,<br><br>Plaintiff,<br><br>v.<br><br>RJAEI, INC., *doing business as* Dominos, ROBERT STEPHENSON, and JOYCE STEPHENSON,<br><br>Defendants. | Case No. 09-cv-441-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Lyon Financial Services, Inc. and against Defendants Rjaei, Inc., Robert Stephenson, and Joyce Stephenson in the amount of $91,435.42.

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: February** 23**, 2011**     **NANCY ROSENSTENGEL**

  **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert_____
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**